**Electronically Filed**
**Supreme Court**
**SCWC-17-0000196**
**21-DEC-2018**
**01:58 PM**

SCWC-17-0000196

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

ARTHUR GALVAN, Petitioner/Defendant-Appellant.

———————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000196; CR. NO. 1PC-15-1-1910)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Arthur Galvan's
Application for Writ of Certiorari, filed on November 25, 2018,
is hereby rejected.

DATED: Honolulu, Hawaiʻi, December 21, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

